City of Greenville, a Municipal Corporation, Plaintiff-Appellee, v. Denny Willman, Defendant-Appellant.

Gen. No. 63–O–11. 

Fourth District.

November 20, 1963.

Durr and Durr, of Edwardsville, for appellant; James Buchmiller, of Greenville, for appellee. Opinion by JUDGE SCHEINEMAN. Not to be published in full.